IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :

    v.                                  :        CRIMINAL NO.: 98-120-1

EDWIN RUIZ                           :
Reg. No. 51628-066

## ORDER

AND NOW, this  5  day of March, 2008, pursuant to 18 U.S.C. § 3582(c) and by agreement of the parties, it is hereby ORDERED that the sentence previously imposed is reduced to time served effective March 14, 2008.

BY THE COURT:

_____
THE HONORABLE BERLE M. SCHILLER
United States District Court Judge

3/5/08 CERTIFIED COPIES TO:
MARC FRUMER, ESQ.
LOUIS D. LAPPEN, ESQ., AUSA
PROBATION OFFICE

FELICIA SARNER, ESQ. DEFENDER ASSOC.