UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF
SUPERVISION WITH THE CONSENT OF THE OFFENDER
(Probation Form - Waiver of Hearing is Attached)

PROB

2008 MAY 15  PM 3: 26

**Offender Name: Edwin Ruiz**

Case No.:2:98CR120-01 PHILA

Name of Sentencing Judicial Officer: **The Honorable Raymond J Broderick**

Date of Original Sentence: **March 4, 1999**

Original Offense: **Possession of cocaine base with intent to distribute (Count one) and possession of cocaine base in a school zone with intent to distribute (Count 2).**

Original Sentence: **Custody of the U.S. Bureau of prisons for a period of 168 months, followed by 10 years supervised release, with a $100.00 Special Assessment.**

Modification Order: **On March 5, 2008 case reassigned to the Honorable Berle M. Schuller. Pursuant to 18 USC §3582 and by agreement of parties it was ordered that the sentence previously imposed is reduced to time served, effective March 14, 2008.**

Type of Supervision: **Supervised Release**       Date Supervision Commenced: **March 14, 2008**

U. S. Attorney's Response:  No Objections **X**       Objections _       No Response _

---

## PETITIONING THE COURT

Mr. Ruiz has a poly-substance abuse history which includes marijuana, heroin, phencyclidine, alcohol, cocaine and xanax. Although Mr. Ruiz's mandatory drug tests have all come back negative for illegal substances, a modification is recommended as a precautionary measure to allow the Probation office to conduct urine testing and provide immediate treatment in the event of a relapse.

On April 24, 2008, Mr. Ruiz agreed to the proposed modification. During the meeting, Mr. Ruiz declined to speak with an attorney about the proposed modification. He then signed the Waiver of Hearing Form.

On April 29, 2008, we spoke with Assistant U.S. Attorney (AUSA) Louis Lappen, who voiced no objections to the proposed plan.

RE:      Ruiz, Edwin
Case No.:    2:98CR120-01

To modify the conditions of supervision as follows:  The defendant is to participate in drug aftercare treatment which may include urinalysis testing, outpatient and/or inpatient treatment as deemed appropriate by the probation officer.

Respectfully submitted,

Daniel W. Blahusch, Chief
U.S. Probation Officer

Katie Quinlan
U.S. Probation Officer


Approved:

Edward Cosgrove
Supervising U.S. Probation Officer
Date:   5/12/08

KPQ


ORDER OF THE COURT




Considered and ordered this
_____ day of _____
_____ and ordered filed and made part of
the records in the above case.


_____
U.S. District Court Judge