IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 98-120 |
| EDWIN RUIZ | : |

# ORDER

AND NOW, this 3 day of June, 2013, upon consideration of the defendant's motion seeking early termination of his term of supervised release, and the government's response thereto, it is hereby ORDERED that the defendant's motion is DENIED.

HONORABLE BERLE M. SCHILLER
*Judge, United States District Court*